IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM C. LIGETTI *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 15-1542 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| K-COR, LLC, ) | |
| ) | |
| Defendant. ) | |

# ORDER

Plaintiffs' Motion for Default Judgment (Doc. 5) will be granted. Plaintiffs' Memorandum in Support of their Motion for Default Judgment states that the amounts of interest, liquidated damages, and attorneys' fees are identified in the Plan Trust Agreements as incorporated by the CBA. Doc. 6 at 3. Plaintiffs attached the relevant documentation as exhibits to their Memorandum. See generally Doc. 6 Exhs. 1-2. After reviewing the accompanying documentation, the Court hereby **GRANTS** Plaintiffs' Motion for Default Judgment (**Doc. 5**). Judgment is entered in favor of the Plaintiffs, William C. Ligetti and Greg Christy on behalf of the Trustees of the Iron Workers Welfare Plan of Western PA, et al., and against the Defendant, K-Corr, LLC, in the amount of $125,011.94.

IT IS SO ORDERED.

March 9, 2016　　　　　　　　　　　　　　　s\Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　　　Cathy Bissoon
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc (via ECF email notification):

All Counsel of Record